NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DANUEL J. BOYKIN,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2013-3058

---

Petition for review of the Merit Systems Protection Board in case no. CH844E120166-I-1.

---

**ON MOTION**

---

**O R D E R**

Danuel Boykin moves for an extension of time to pay the filing fee.

Upon consideration thereof,

IT IS ORDERED THAT:

DANUEL BOYKIN v. OPM                                              2

The motion is granted. The filing fee must be paid within 14 days from the date of filing of this order or this petition for review will be dismissed.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s21